

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00142-CR

WILLIE FELDER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 185th District Court of Harris County.  (Tr. Ct. No. 1172613).

**TO THE 185TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 3rd day of September 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

The Court today considered a motion to dismiss the appeal filed by the appellant, WILLIE FELDER.  No decision has yet been handed down in the case.  The Court **grants** the motion.  Accordingly the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 3, 2015.

Per curiam opinion delivered by panel consisting of Chief
Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court
in this behalf and in all things to have it duly recognized, obeyed, and executed.

September 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

